IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>Cord Cameron Schipman, )<br>)<br>        Defendant. ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:  Leo I. Brisbois<br>U.S. Magistrate Judge<br><br>Case No:          23-mj-726 (DTS)<br>Date:             October 3, 2023<br>Courthouse:       Duluth<br>Courtroom:        3<br>Court Reporter:   Digital Recording<br>Time Commenced:   8:58 a.m.<br>Time Concluded:   9:51 a.m.<br>Time in Court:    53 minutes |

**X PRELIMINARY/DETENTION HRG**
      Time in Court Prelim/Det: 4 minutes/49 minutes

APPEARANCES:

| | |
|---|---|
| Plaintiff: | Lindsey E. Middlecamp, Assistant U.S. Attorney |
| Defendant: | Matthew Deates, Assistant Federal Defender |
| Pretrial Services: | Katie Lovisolo |

On     X Complaint

X Deft waives preliminary hearing.

X Probable cause found. Deft bound over to District Court of Minnesota

X Government persists in its motion for detention.   Motion is DENIED.

X Bond RPR set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

Additional Information:

                                                                                                                       s/JLB
                                                                        Signature of Courtroom Deputy